# Exhibit B

Exhibit B

JackThreads




Jennifer   Home   Create   2

# JackThreads
@jackthreads

- Home
- **About**
- Photos
- Events
- Videos
- Posts
- Notes
- Offers
- Community

Create a Page

Like | Follow | Share          Shop Now    Send Message

## About                                                    Suggest Edits

### BUSINESS INFO

⚑ Founded in 2008

ⓘ Mission
Empowering guys everywhere to look like a million bucks without spending a million bucks.

### CONTACT INFO

m.me/jackthreads ⓘ

http://www.jackthreads.com/contact

https://jackthreads.com

### MORE INFO

ⓘ About
Style Smart

ⓘ Company Overview
JackThreads is the destination for everything a guy needs to elevate his personal style, every day. From a curated selection of the best brands and exclusive me... See More

ⓘ Founding Date
2008

ⓘ Products
http://jthrds.co/joinJT

Clothing (Brand) · Website