# Exhibit C

Exhibit C

IN THE UNITED STATES DISTICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JAMES FORTUNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:18-CV-00859 |
| | ) |
| JACKTHREADS INC., | ) |
| | ) |
| Defendant. | ) |

## ATTORNEYS' FEES AND EXPENSES DECLARATION

I, David J. Sensenig, am over the age of 18, and fully competent to make this Declaration.

1. David J. Sensenig is a 1989 graduate of James Madison University, a 1997 graduate of the University of Richmond's T.C. Williams School of Law, and a member in good standing of the following Federal Bars: the United States District Court for Eastern District of Virginia, since 1998 and the United States District Court for Western District of Virginia, since 1999; the United States Court of Appeals for the Fourth Circuit since 2002; and the United States Supreme Court, since 2006. Mr. Sensenig has been a member of good standing of the Bar of the Commonwealth of Virginia since 1997.

2. Mr. Sensenig is currently practicing with the law firm of Park Sensenig LLC in Richmond, Virginia and Bedford, Virginia.

3. Standard hourly rates are as follows: $300.00 for Mr. Sensenig and $135.00 for paralegal work. These hourly rates are customary and reasonable in Richmond, Virginia for attorneys and paralegals of our education and experience.

4. Since beginning representation of James Fortune in this matter and through January 28, 2020, Mr. Sensenig has spent 16.00 hours working on this matter, and our paralegals have spent 29.60 hours working on this matter. Applying the rates set forth above the fees for this matter through January 28, 2020 equal $8,796.00.

5. The expenses incurred by our Firm, including scanning, filing fees, postage, copies, and other reimbursable expenses total $828.57.

This 29th day of January, 2020.

_____
David J. Sensenig